UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:04-cr-14-FtM-29SPC

JESUS BARRIOS-FERNANDEZ
_____

**ORDER**

This matter comes before the Court on the Report And Recommendation Rejecting Plea Of Guilty (Doc. #204) filed on October 10, 2006 by the Hon. Sheri Polster Chappell.  Upon review, the Court rejects the plea of guilty entered by the defendant.

Accordingly, it is now

**ORDERED:**

The Report And Recommendation Rejecting Plea Of Guilty (Doc. #204) is **ADOPTED**. This case remains on the *October 2006* trial calendar.

**DONE AND ORDERED** at Fort Myers, Florida, this 13th  day of October, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies: All Parties of Record